1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>[~~PROPOSED~~] ORDER CONTINUING HEARING DATE |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The motion hearing date for Defendant's Renewed Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING DATE          1

Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

6/3/11

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: June 2, 2011

By: /s/ J. Nelson Thomas                    By: /s/ Nicholas P. Foresteiere
    J. Nelson Thomas (*pro hac vice*)          Steven H. Gurnee
    Patrick J. Solomon (*pro hac vice*)          Nicholas P. Forestiere
    Annette Gifford (*pro hac vice*)             John A. Mason
    THOMAS & SOLOMON LLP                           GURNEE & DANIELS LLP
    693 East Avenue                                2240 Douglas Blvd, Suite 150
    Rochester, NY 14607                            Roseville, CA 95648
    Telephone: 585-272-0540                        Telephone: 916-797-3100
    Facsimile: 585-272-0574                        Facsimile: 916-797-3131

    Robert M. Bodzin, State Bar No. 201327    Counsel for Defendant
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs